IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Commonwealth of Pennsylvania | : | |
| | : | |
| v. | : | |
| | : | |
| 2002 Subaru Impreza | : | |
| VIN# JF1GG68552G821124 and | : | |
| Nokia Tracphone seized from | : | |
| Andrew Glushko | : | |
| | : | |
| Appeal of: Andrew Glushko | : | No. 704 C.D. 2014 |

## **O R D E R**

NOW, October 6, 2015, having considered appellant's application for reargument, the application is denied.

_____
DAN PELLEGRINI,
President Judge